Same case below, 417 Fed. Appx. 378.

**No. 11-19. Daniel Crager, Petitioner v. Edison Runyan, et al.**

565 U.S. 879, 132 S. Ct. 243, 181 L. Ed. 2d 139, 2011 U.S. LEXIS 5455.

October 3, 2011. Petition for writ of certiorari to the Supreme Court of Arkansas denied.

Same case below, 2011 Ark. 43, 382 S.W.3d 643.

**No. 11-20. Ned Bruen, Petitioner v. Robert LeGrand, Warden.**

565 U.S. 879, 132 S. Ct. 243, 181 L. Ed. 2d 139, 2011 U.S. LEXIS 5217.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 11-21. Tammi P. Bowden, et al., Petitioners v. Kirkland & Ellis, LLP.**

565 U.S. 879, 132 S. Ct. 243, 181 L. Ed. 2d 139, 2011 U.S. LEXIS 5361.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 432 Fed. Appx. 596.

**No. 11-23. Lillie M. Middlebrooks, Petitioner v. St. Coletta of Greater Washington, Inc., et al.**

565 U.S. 879, 132 S. Ct. 243, 181 L. Ed. 2d 139, 2011 U.S. LEXIS 5642.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia Circuit denied.

**No. 11-24. Teddy Ray Mitchell, Petitioner v. Tennessee.**

565 U.S. 879, 132 S. Ct. 244, 181 L. Ed. 2d 139, 2011 U.S. LEXIS 5389.

October 3, 2011. Petition for writ of certiorari to the Supreme Court of Tennessee, Eastern Division, denied.

Same case below, 343 S.W.3d 381.

**No. 11-25. Stephen Lillo, Personal Representative of the Estate of John R. Lillo, Jr., Petitioner v. Darrell A. Bruhn, et al.**

565 U.S. 879, 132 S. Ct. 244, 181 L. Ed. 2d 139, 2011 U.S. LEXIS 5241.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 413 Fed. Appx. 161.

**No. 11-28. Bernice Malcolm, Petitioner v. Honeoye Falls Lima Central School District.**

565 U.S. 879, 132 S. Ct. 244, 181 L. Ed. 2d 139, 2011 U.S. LEXIS 5310,

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

Same case below, 399 Fed. Appx. 680.